# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *SCHEDULING CONFERENCE*

USA vs **Rosemeyer et al**　　　　Date: June 24, 2020

Case No. **2:19-CR-76**　　　　Time 2:45　to 2:55

========================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Andrew Cheatham Parker |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

========================================================================

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| *Kevin Lee Rosemeyer (1) | Helen Nicole Himebaugh via Telephoone |
| *Crystal Lashae Lane (4) | Mark E. Stephens via Telephone |
| *Nathan William Hull (5) | Donald E. Spurrell via Telephone |

**PROCEEDINGS:**　　RE: Motions [Docs. 134, 136, and 146]

☑ Opening statement by the Court　　☑ Statements by counsel as to motion　　☑ No objection by government counsel

Dates selected for re-scheduling as follows: Oral motion to continue outside of speedy trial deadline GRANTED

　Jury Trial from **6/30/2020** to **10/27/2020**
　　before the Honorable Clifton L. Corker
　Estimated length of trial 3 **DAYS**
　Motion cut-off 9/4/20
　Response deadline 9/18/20
　Plea Bargain cut-off from 6/16/2020 to 10/13/2020

☑ Order to enter:

*Defendant's presence not required
dcr_2-19-CR-76_20200624_144340