IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Change of Plea**

USA vs KEVIN LEE ROSEMEYER    DATE  September 9, 2020

Case No. 2:19-CR-76 (1)    Time  1:59 P.M.  To  2:24 P.M.

==========================================================================

Honorable Clifton L. Corker, U. S. District Judge, Presiding

| KIM OTTINGER | KAREN BRADLEY | ANDREW PARKER |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

==========================================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
|---|---|
| KEVIN LEE ROSEMEYER (1) | NIKKI HIMEBAUGH  (Video) |

**PROCEEDINGS:**

Defendant(s) Sworn

Defendant advised of rights to appear in person rather than by video

Waiver by defendant to appear by video conference-ACCEPTED

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictments/reading waived

Motion of defendant(s) to change plea

Plea of Guilty to  Count 1 - Accepted

Plea Agreement filed on **08/28/20 [Doc. 168]**

Remaining Counts to be dismissed at time of sentencing

PSI reports requested

Plea Agreement(s) Taken Under Advisement

Defendant(s) remanded to custody of USM

**SENTENCING DATE:**
**December 11, 2019 @ 10:00 a.m. Before Honorable Clifton L. Corker**