UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

___

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. 2:19-CR-76 |
| | ) |
| **KEVIN LEE ROSEMEYER,** | ) |
|   aka SAN QUINTON | ) |

___

## MOTION FOR LEAVE TO FILE UNDER SEAL
___

    Comes Now, H. Nikki Himebaugh, counsel for Defendant Kevin Lee Rosemeyer, and respectfully requests this Honorable Court enter an Order directing the Clerk of the Court to file under seal a Sentencing Memorandum to be subsequently filed by counsel. Filing under seal is necessary to prevent disclosure of information potentially detrimental to the Defendant, Kevin Lee Rosemeyer.

Respectfully Submitted,

*s/H. Nikki Himebaugh*
H. Nikki Himebaugh, BPR# 027684
128 East Market Street
Johnson City, TN 37604
Phone: (423) 926-2022
Fax: (877) 456-6069
Email: legalhelp1001@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 23rd of December 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Respectfully Submitted,
s/*H. Nikki Himebaugh*